UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| State Farm Fire and Casualty Company, | ) | Case No.: 3:10-cv-02205-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| Owners Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Plaintiff represented by Linda Weeks Gangi and the Defendant represented by Morgan S. Templeton came before this Court and announced to the Court that the above-captioned action has been resolved through mediation. The parties have agreed to each bear their own costs and attorney's fees involved in this litigation and that this action should be dismissed with prejudice. Therefore, it is

ORDERED, ADJUDGED AND DECREED that the above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

February 23, 2011                         Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge

\WE CONSENT:

THOMPSON & HENRY, P.A.


s/Linda Weeks Gangi
Attorney for the Plaintiff
Post Office Box 1740
Conway, SC 29528-1740
(843) 248-5741 (p)
(843) 248-5112 (f)
lgangi@thompsonlaw.com
Federal Court ID #: 2028


ELMORE & WALL, P.A.


s/Morgan S. Templeton
Morgan S.Templeton
Attorney for the Defendant
Post Office Box 1200
Charleston, SC 29402
(843) 329-9500 (p)
(843) 329-9501 (f)
morgan.templeton@elmorewall.com
Federal Court ID#: 7187